UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ASIPI,<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | )   Case No.: 1:20-cv-11892<br>) |
| NEW ENGLAND GYPSUM SUPPLY, INC.,<br>    Defendant | )<br>) |

## JOINT STIPULATION OF DISMISSAL

Now come the parties to the above-entitled matter and hereby stipulate that the within action be dismissed in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice and without costs and waiving all rights of transfer and appeal.

Respectfully submitted,

/s/ Kip J. Adams
Kip J. Adams (BBO #664860)
Lewis Brisbois Bisgaard & Smith LP
One International Place, 3rd Fl.
Boston, MA 02210
Tel: (857) 313-3950
Fax: (857) 313-3951
Email: kip.adams@lewisbrisbois.com

*Attorney for New England Gypsum Supply, Inc.*

/s/ Samuel A. Segal
Samuel A. Segal (BBO # 679978)
Law Offices of Samuel A. Segal
111 Beach St., Ste. 1
Boston, MA 02111
Tel: (617) 383-3542
Fax: (617) 245-5320
Email: sam@segallawmass.com

*Attorney for Robert Asipi*

Dated: June 9, 2021

## CERTIFICATE OF SERVICE

      Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to all parties of records via the Notice of Electronic Filing (NEF).

Dated: June 9, 2021

_____
Samuel A. Segal, Esq.